IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KEITH F. BELL, PH.D., <br><br> Plaintiff, <br><br> v. <br><br> GRANITE SCHOOL DISTRICT, <br><br> Defendants. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** <br><br> Case No. 2:19-cv-00209-TC-PMW <br><br> District Judge Tena Campbell <br><br> Chief Magistrate Judge Paul M. Warner |

The court, having reviewed the Motion for Leave to Withdraw as Counsel filed by Julianne P. Blanch and Grace Pusavat and the law firm of Parsons Behle and Latimer, C. Ashley Callahan from the Law Offices of C. Ashley Callan, and Joshua G. Jones of the Law Offices of Joshua G. Jones (collectively, "**Counsel**"), and good cause appearing for such motion, hereby GRANTS the motion.

IT IS HEREBY ORDERED that:

1. Counsel may withdraw, and is hereby removed as counsel for Keith F. Bell, ("**Plaintiff**");

2. Unless a Notice of Substitution of Counsel has been filed, within twenty-one (21) days after entry of the order, or within the time otherwise required by the court, the unrepresented party shall file a notice of appearance;

3. The present action with regard to Defendants shall be stayed until Plaintiff files its response to Defendant's Motion for Partial Summary Judgement, or thirty (30) days after the appearance of the Notice of Substitution of Counsel, whichever occurs first.

4.	A party who fails to file such a Notice of Substitution of Counsel or Notice of Appearance may be subject to sanction pursuant to Federal Rule of Civil Procedure 16(f)(1), including but not limited to dismissal or default judgment.

IT IS SO ORDERED.

DATED this 26th day of December, 2019.

BY THE COURT:

_____
Paul M. Warner
Chief United States Magistrate Judge