UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| KEITH F. BELL, PH.D., § § Plaintiff/CounterclaimDefendant, § § -v- § § GRANITE SCHOOL DISTRICT § § Defendant/Counterclaimant. § § § | Case No. 2:19-cv-00209 |

FILED
U.S. DISTRICT COURT
2020 JAN 16  P 4: 12
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

DBB -

## PRO SE APPEARANCE OF DR. KEITH BELL

Plaintiff, Keith F. Bell Ph.D. ("Plaintiff"), submits notification of Pro Se representation and hereby notifies the court of current contact information by which to direct future correspondence and notifications regarding "Keith F. Bell, PhD. –v– Granite School District Case No. 2:19-cv-00209.

Please use the following contact information for me in any proceedings on this case:

Dr. Keith Bell
3101 Mistyglen Circle
Austin, TX  78746
512-327-2260
drkeithbell@gmail.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2020, I served the foregoing document on all counsel of records pursuant to the Federal Rules of Civil Procedure.

Dated: January 16, 2020

Respectfully submitted,

*/s/ Keith F. Bell*
Plaintiff Pro Se
3101 Mistyglen Circle
Austin, TX 78746
Telephone: 512.327.2260
Email: drkeithbell@gmail.com

**PRO SE**